176 A.3d 810

IN THE MATTER OF VISHAL S. PETIGARA, AN ATTORNEY AT LAW (ATTORNEY NO. 045792006)

M–508 September Term 2017
080457

January 24, 2018

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to Rule 1:20–3(g)(4) and Rule 1:20–11, seeking the immediate temporary suspension from the practice of law of **VISHAL S. PETIGARA** of **PHILADELPHIA, PENNSYLVA-**

**NIA,** who was admitted to the bar of this State in 2007, and good cause appearing;

It is ORDERED that **VISHAL S. PETIGARA** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **VISHAL S. PETIGARA** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **VISHAL S. PETIGARA** pursuant to Rule 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **VISHAL S. PETIGARA** comply with Rule 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State.